AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00212 |
| DANIEL DEAN EGTVEDT | ) | Assigned to: Judge Faruqui, Zia M |
| DOB: XX/XX/XXXX | ) | Assign Date: 2/9/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 111(a)(1) - assault on federal officer or person assisting federal officer, |
| | 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, |
| | 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, |
| | 18 U.S.C. § 1752(a)(1), (2) & (4) - unlawful entry, disorderly conduct, and physical violence into/in/on restricted building or grounds, |
| | 40 U.S.C. § 5104(e)(2)(D) & (F) - Disorderly conduct and physical violence on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Joshua Smith-Shimer, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 2/9/2021

*Judge's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*